UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
MARTA BRYCELAND,

                 Plaintiffs,

      -against-

CITY OF NEW YORK, ET AL.,

                 Defendant.
------------------------------------------------------------ x

**SCHEDULING ORDER**

23 Civ. 6354(AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for August 7, 2024 is hereby adjourned.

        The parties are hereby ordered to appear for a status conference on August 23, 2024, at 10:00 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than April 19, 2024 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:     August 6, 2024                     ____/s/  Alvin K. Hellerstein_____
               New York, New York          ALVIN K. HELLERSTEIN
                                                            United States District Judge