Case 1:23-cv-06354-AKH   Document 32   Filed 08/21/24   Page 1 of 2



MURIEL GOODE-TRUFANT
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

KELLYANNE HOLOHAN
*Assistant Corporation Counsel*
Phone: (212) 356-2249
Fax: (212) 356-3509
kholohan@law.nyc.gov

August 21, 2024

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

THE CONFERENCE IS ADJOURNED TO OCTOBER 11, 2024 AT 10 A.M.

SO ORDERED:

*/s/ Alvin K. Hellerstein*

ALVIN K. HELLERSTEIN, U.S.D.J.
DATED: 8/22/24

Re: *Marta Bryceland v. The City of New Yok et al.* 23-CV-6354 (AKH)(KHP)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. Defendants writes to respectfully request an adjournment of the status conference currently scheduled for August 23, 2024 to a date convenient for the Court. *See* Civil Docket Entry No. 30 and 28. Plaintiff consents to this request.

      By way of background, Marta Bryceland ("Plaintiff") filed her Complaint on July 21, 2023 alleging that, *inter alia*, while she was incarcerated on Rikers Island she was subjected to unsafe conditions. *See* Civil Docket Entry No. 1. Plaintiff further alleges that Correction Officer Joseph as well as various John and Jane Does correction officers failed to protect her from an assault by other inmates and then failed to provide her with adequate medical care. *Id*. Plaintiff now brings federal and state law claims including failure to protect and inadequate medical care intentional and negligent infliction of emotional distress, negligence, delay of medical care against the individual defendants as well as *Monell* and *respondeat superior* claims against the City of New York. *Id*. On June 5, 2024 the Court scheduled a status conference for August 7, 2024 to discuss the status of settlement. *See* Civil Docket Entry No. 24. On August 6, 2024 that conference was adjourned to August 23, 2024 upon granted motion of counsel. *See* Civil Docket Entry Nos. 29, 30.

      Prior to the last request for an adjournment of the status conference, the undersigned has taken time off to attend to an ongoing health issue with a family member. Since August 5, 2024 that family member was unexpectedly hospitalized and the undersigned has been out of the

office and unable to work as planned due to the unexpected hospitalization. The health of the undersigned's family member, and the undersigned's future availability so she can fulfill her familial obligations, remain uncertain. This adjournment would allow time for the parties to meaningfully meet and confer prior to the new date for the conference.

Accordingly, and with plaintiff's consent, defendants respectfully request that the Court adjourn the status conference currently scheduled for August 23, 2024 to a date convenient for the Court. We thank the Court for its time and attention in this matter.

Respectfully submitted,

*KellyAnne Holohan* /s/
KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    *All counsel of Record*