# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __08/22/2024__

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KELLYANNE HOLOHAN**
*Assistant Corporation Counsel*
Phone: (212) 356-2249
Fax: (212) 356-3509
kholohan@law.nyc.gov

August 21, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Marta Bryceland v. The City of New Yok et al.* 23-CV-6354 (AKH)(KHP)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. Defendants writes to respectfully request an adjournment of the settlement conference currently scheduled for September 4, 2024 to a date convenient for the Court. *See* Civil Docket Entry No. 30 and 28. Plaintiff consents to this request.

      By way of background, Marta Bryceland ("Plaintiff") filed her Complaint on July 21, 2023 alleging that, *inter alia*, while she was incarcerated on Rikers Island she was subjected to unsafe conditions. *See* Civil Docket Entry No. 1. Plaintiff further alleges that Correction Officer Joseph as well as various John and Jane Does correction officers failed to protect her from an assault by other inmates and then failed to provide her with adequate medical care. *Id*. Plaintiff now brings federal and state law claims including failure to protect and inadequate medical care intentional and negligent infliction of emotional distress, negligence, delay of medical care against the individual defendants as well as *Monell* and *respondeat superior* claims against the City of New York. *Id*.

      On June 26, 2024, Your Honor scheduled a settlement conference for September 4, 2024. *See* Civil Docket No. 28. Pursuant to Your Honor's Individual Rules of Practice, by August 27, 2024 defendants must convey an offer to plaintiff and the parties must submit their pre-conference submissions by August 28, 2024.

Since the last request for an adjournment of the settlement conference, the undersigned has taken time off to attend to an ongoing health issue with a family member. Subsequently, that family member was unexpectedly hospitalized and the undersigned has been out of the office and unable to work as planned due to the unexpected hospitalization. The health of the undersigned's family member, and the undersigned's future availability so she can fulfill her familial obligations, remain uncertain. As such, additional time is needed for the undersigned to obtain settlement authority and comply with Your Honor's preconference requirements.

Accordingly, and with plaintiff's consent, defendants respectfully request that the Court adjourn the settlement conference currently scheduled for September 4, 2024 to a date convenient for the Court. We thank the Court for its time and attention in this matter.

Respectfully submitted,

*KellyAnne Holohan* /s/
KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    *All counsel of Record*

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, September 4, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to **Thursday, November 14, 2024 at 2:00 p.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 7, 2024 by 5:00 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

08/22/2024