UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
MARTA BRYCELAND,                                :
                                                :     **SCHEDULING ORDER**
                               Plaintiff        :
                                                :     23 Civ. 6354 (AKH)
     - against -                                :
                                                :
                                                :
                                                :
THE CITY OF NEW YORK, New York City
Correction Officer Joseph, and New York City
Correction Officers John and Jane Doe 1-10,

                              Defendant.
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for October 11, 2024 at 10 a.m. is adjourned *sine die*.

This case was previously referred to United States Magistrate Judge Katharine H. Parker for settlement. The parties shall continue to appear before Magistrate Judge Parker as ordered.

      SO ORDERED.

Dated:    October 9, 2024               /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                    United States District Judge