

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2024

**MEMO ENDORSED**

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**KELLYANNE HOLOHAN**
*Assistant Corporation Counsel*
Phone: (212) 356-2249
Fax: (212) 356-3509
kholohan@law.nyc.gov

November 8, 2024

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *Marta Bryceland v. The City of New Yok et al.*   23-CV-6354 (AKH)(KHP)

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. Defendants write to respectfully request an adjournment of the settlement conference currently scheduled for November 14, 2024 to a date convenient for the Court. *See* Civil Docket Entry No. 30 and 28. The parties have conferred and are currently available January 21-24 and January 28-31, 2025 which, upon information and belief, based on communications with the Court, are dates the Court is also available. Plaintiff consents to this request. It is the third such request.

      By way of background, Marta Bryceland ("Plaintiff") filed her Complaint on July 21, 2023 alleging that, *inter alia*, while she was incarcerated on Rikers Island she was subjected to unsafe conditions. *See* Civil Docket Entry No. 1. Plaintiff further alleges that Correction Officer Joseph as well as various John and Jane Does correction officers failed to protect her from an assault by other inmates and then failed to provide her with adequate medical care. *Id*. Plaintiff now brings federal and state law claims including failure to protect and inadequate medical care intentional and negligent infliction of emotional distress, negligence, delay of medical care against the individual defendants as well as *Monell* and *respondeat superior* claims against the City of New York. *Id*.

      On June 26, 2024, Your Honor scheduled a settlement conference for September 4, 2024. *See* Civil Docket No. 28. Subsequently that conference was rescheduled for October 11, 2024 and then November 2024, at defendants' request. *See* Civil Docket Entry Nos. 31-35.

Pursuant to Your Honor's Individual Rules and Practices, defendants were to serve plaintiff with an offer by November 4, 2024 and all parties were to provide pre-conference submissions to the Court by November 7, 2024. *Id*.

Since the last request for an adjournment of the settlement conference, the undersigned has taken steps to obtain settlement authority, however was unable to complete the process. The undersigned's availability was significantly impacted by family medical emergencies involving both of her parents and, ultimately the loss of her father earlier this week. As such, additional time is needed to obtain settlement authority and comply with Your Honor's Individual Rules and Practices. The undersigned regrets the need for this additional adjournment.

Accordingly, and with plaintiff's consent, defendants respectfully request that the Court adjourn the settlement conference currently scheduled for November 14, 2024 to a date convenient for the Court. We thank the Court for its time and attention in this matter.

Respectfully submitted,

*KellyAnne Holohan* /s/
KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   All counsel of Record

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Thursday, November 14, 2024 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to Tuesday, January 21, 2025 at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than January 14, 2025 by 5:00 p.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
11/08/2024