USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTA BRYCELAND,

                                               Plaintiff,                  **ORDER**

            -against-                                       23-CV-6354 (AKH)

CITY OF NEW YORK, et al.,

                                             Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     For good cause, Plaintiff shall be permitted to participate in the **Jan. 21, 2025** settlement conference by video. Plaintiff's counsel shall complete and submit the electronic device authorization form in advance of the conference and arrange for Plaintiff to be available via FaceTime, Zoom or other similar platform.

     **SO ORDERED.**

Dated: January 17, 2025
         New York, New York

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge