```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARTA BRYCELAND,

                                   Plaintiff,           **ORDER**

          -against-                        23-CV-6354 (AKH) (KHP)

CITY OF NEW YORK, et al.,

                                 Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Case Management Conference is hereby scheduled for **February 10, 2025 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated: January 22, 2025
       New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge

1