

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KELLYANNE HOLOHAN**
*Assistant Corporation Counsel*
Phone: (212) 356-2249
Fax: (212) 356-3509
kholohan@law.nyc.gov

February 6, 2025

> **APPLICATION GRANTED:** The Case Management Conference scheduled for February 10, 2025 at 11:30 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, March 3, 2025 at 3:00 p.m.** The deadline to submit the Case Management Plan is extended to February 26, 2025.
>
> APPLICATION GRANTED
> *Katharine H. Parker*   02/06/2025
> Hon. Katharine H. Parker, U.S.M.J.

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Marta Bryceland v. The City of New York*

Your Honor:

      I am an Assistant Corporation Counsel in the office of the Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter. I write on behalf of the parties to respectfully request an adjournment of the case management conference currently scheduled for February 10, 2025, of at least three weeks, to a date convenient for the Court. *See* Civil Docket Entry No.40.

      By way of brief procedural background, on January 21, 2025 the parties attended a settlement conference before Your Honor. *See* Civil Docket Entry dated January 21, 2025. As the parties were not able to resolve the matter at the conference, Your Honor scheduled a case management conference for February 10, 2025. *See* Civil Docket Entry 40. Pursuant to Your Honor's Individual Rules, the parties were to file a proposed case management plan by February 3, 2025.

      As an initial matter, the parties apologize for failing to adhere to the Court's deadline to file a proposed case management plan. Since the conference, the parties have continued to discuss settlement in this matter. We respectfully request this adjournment so that we may continue those discussions in the hopes of resolving the matter. This brief adjournment should allow the parties time to fully explore settlement and cause no undue delay to the case.

Accordingly, the parties respectfully request an adjournment of the case management conference currently scheduled for February 10, 2025, of at least three weeks, to a date convenient for the Court. We thank the Court for its time and attention in this matter.

Respectfully submitted,

*KellyAnne Holohan* /s/
KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   *All counsel of record*